No: 12-2761

In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation

------------------------------

Oscar Ortega, et al.

Appellants

John McGregor, et al.

Appellees

v.

Uponor, Inc. and Radiant Technology, Inc.

Appellees

No: 12-3179

In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation

------------------------------

Oscar Ortega, et al.

Appellants

John McGregor, et al.

Appellees

v.

Uponor, Inc. and Radiant Technology, Inc.

Appellees

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-md-02247-ADM)
(0:11-md-02247-ADM)

**MANDATE**

In accordance with the opinion and judgment of 06/07/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

July 08, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit